James J. Gold  SBN 80100
Norma L Hammes  SBN 80149
Jessica A. Begeman  SBN 264853
Gold and Hammes, Attorneys
1570 The Alameda #223
San Jose CA 95126
ph (408) 297-8750
fax (408) 297-1189
email: office@goldandhammes.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

DAVID LEE DUREN

Debtor
_____/

Chapter 13
Case No.  15-53679 SLJ

Hearing Date: September 12, 2018
Hearing Time: 2:30 p.m.
Judge: Johnson

DECLARATION BY DEBTOR'S COUNSEL SUPPORTING MOTION TO APPROVE LOAN MODIFICATION
Creditor: US Bank Trust re SCIG Series III Trust

I, the undersigned, declare as follows:

1. I am the attorney for the Debtor herein.

2. I have reviewed the terms of the loan modification agreement attached as Exhibit A to the Debtors' MOTION TO APPROVE LOAN MODIFICATION filed herewith, as compared with the terms of the prior loan documents.

3. I have outlined the most significant terms of both the prior loan and the loan modification agreement on the summary which is attached hereto as Exhibit A to this Declaration.

4. I believe that this modification is in the best interests of the Debtor and that it should be approved by this Court for the reasons outlined in the Debtor's Declaration filed herewith.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-3-2018

JAMES J. GOLD
Attorney for Debtor

DECLARATION BY DEBTOR'S COUNSEL SUPPORTING MOTION        15-53679 SLJ        Page 1

# EXHIBIT A - SUMMARY OF LOAN MODIFICATION
Exhibit to Declaration by Debtor Supporting Motion to Approve Loan Modification

| Item | Prior to Modification | Pursuant to Modification |
|---|---|---|
| Total balance | $ 742,946.79 | $ 788,561.96 |
| Total arrears balance | Included above: $173,071.57 | 0.00 |
| Monthly payments: principal + interest | $4,469.02 | $4,273.39 |
| Monthly payments: impound account, if any | + $196.01 | +$309.17 |
| Interest rate type: fixed, variable | fixed | fixed |
| Interest rate | 7.3% | 5.750% |
| Amortization type: Pick-a-pay (including negative am), interest only, partially amortized, fully amortized. | Pick-a-pay | Partially amortized |
| Any known balloon payment? | unknown | Yes |
| If any, how much? | n/a | 566,567.30 |
| If any, when due? | n/a | 12/01/2037 |
| If any, is it interest-bearing? | n/a | Yes |
| Maturity date of loan | 12/01/2037 | 12/01/2037 |
| *Additional Factors Relating to Necessity for Modification* | | |
| Pre-petition arrears? | $173,071.57 | |
| Post-petition arrears? | None | |
| All now capitalized in new balance? | Yes | |
| Relief from stay status | None | |
| Other: | | |