James J. Gold  SBN 80100
Norma L Hammes  SBN 80149
Jessica A. Begeman  SBN 264853
Gold and Hammes, Attorneys
1570 The Alameda #223
San Jose CA 95126
ph (408) 297-8750
fax (408) 297-1189
email: office@goldandhammes.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

DAVID LEE DUREN

Debtor
_____/

Chapter 13
Case No. 15-53679 SLJ

Hearing Date: September 12, 2018
Hearing Time: 2:30 p.m.
Judge: Johnson

DECLARATION BY DEBTOR SUPPORTING MOTION TO APPROVE LOAN MODIFICATION
Creditor: US Bank Trust re SCIG Series III Trust

I, the undersigned, declare as follows:

1. I am the Debtor herein.

2. I have reviewed the MOTION TO APPROVE LOAN MODIFICATION being filed herewith, along with the loan modification agreement that I have signed.

3. Creditor has a claim secured by a consensual lien in the form of a deed of trust encumbering my real property commonly known as 138 Llewellyn Ave, Campbell CA 95008, which was recorded on 11/15/2007, in the Official Records of Santa Clara County as Document No. 19653013.

4. Creditor has offered and I have accepted a permanent loan modification (Exhibit A attached to the MOTION TO APPROVE LOAN MODIFICATION, filed herewith).

5. I have read the loan modification and I have read the DECLARATION BY DEBTOR'S COUNSEL SUPPORTING MOTION TO APPROVE LOAN MODIFICATION executed by my bankruptcy counsel, being filed along with my declaration, including its summary

(Exhibit A). I believe that summary is consistent with the terms of the loan modification, the terms of my prior loan, and properly describes my own financial circumstances.

6. Without the agreed loan modification, I do not believe that I will be able to save my home from foreclosure. If my house is foreclosed, I could possibly incur capital gains taxes. In addition, I would lose the income tax advantages of homeownership, including the ability to deduct most interest payments and property taxes. Consequently, it is likely that my future income taxes would be higher than currently if my house is foreclosed.

7. I believe I will be able to afford the modified payments due under the modification.

8. I believe that the terms that have been offered in this loan modification are the best that I will be able to obtain. I believe that the approval of this modification is in my best interest, as well as in the best interest of my creditors, since it will help me successfully complete my Chapter 13 plan and stay current on my debts afterwards.

9. I respectfully request that this Court approve this loan modification.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/6/2018          *David Lee Duren*
                          Debtor, DAVID LEE DUREN