James J. Gold  SBN 80100
Norma L Hammes  SBN 80149
Jessica A. Begeman  SBN 264853
Gold and Hammes, Attorneys
1570 The Alameda #223
San Jose CA 95126
ph (408) 297-8750
fax (408) 297-1189
email: office@goldandhammes.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

DAVID LEE DUREN

Debtor
_____/

Chapter 13
Case No.  15-53679 SLJ

Hearing Date: September 12, 2018
Hearing Time: 2:30 p.m.
Judge: Johnson

NOTICE OF HEARING ON MOTION TO
APPROVE LOAN MODIFICATION
Creditor: US Bank Trust re SCIG Series III Trust

TO THE CHAPTER 13 TRUSTEE AND ALL OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the Debtors have set a hearing in Courtroom 3099, on the Third Floor in the United States Bankruptcy Court located at 280 S. First Street, San Jose, California 95113, for September 12, 2018 at 2:30 p.m.

The Debtor has entered into an agreement with the home lender/servicer ("Creditor"), US Bank Trust re SCIG Series III Trust, as described in the MOTION TO APPROVE LOAN MODIFICATION with regard to the real property located at and commonly known as 138 Llewellyn Ave, Campbell CA 95008, being served herewith, and the Debtor will request this Court's approval of said loan modification.

Any opposition to the relief requested by the Debtor must be made in accordance with the rules of Court.

Dated: 8-3-2018

JAMES J. GOLD
Attorney for Debtor

MOTION TO APPROVE LOAN MODIFICATION  NOTICE OF HEARING  15-53679 SLJ          Page 1

Case: 15-53679    Doc# 47    Filed: 08/08/18    Entered: 08/08/18 11:41:39    Page 1 of 1